UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 8:16-cr-353-T-30JSS

PETER B. WILLIAMS

### FORFEITURE MONEY JUDGMENT

The United States moves (Doc. 150) pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment in the amount of $1,406,171.00 against the defendant, representing the amount of proceeds he obtained as a result of the conspiracy to commit health care fraud as charged in Count One of the Indictment.

Being fully advised of the relevant facts, the Court finds that as a result of the conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the Indictment, defendant Peter B. Williams obtained proceeds in the amount of $1,406,171.00.

The Court further finds that under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), the United States is entitled to forfeit any property belonging to the defendant as a substitute asset to satisfy his money judgment.

Accordingly, it is **ORDERED** that the motion (Doc. 150) of the United States is GRANTED.

It is further **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(7) and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Peter B. Williams is jointly and severally liable with his co-conspirators, upon their conviction, to the United States of America for a forfeiture money judgment in the amount of $1,406,171.00, representing the amount of proceeds obtained as a result of the conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the Indictment, for which he was convicted.

In accordance with Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 99, p. 11), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to effect the forfeiture and disposition of any substitute assets the government is entitled to seek, under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to satisfy the defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida, on October 31, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

2