UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:16-cr-353-T-30JSS

PETER B. WILLIAMS

## AMENDED FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States of America's motion to reduce (Doc. 306) the amount of the Forfeiture Money Judgment to $118,500.00 which represents the amount of proceeds obtained by Williams as a result of the conspiracy to commit health care fraud offense.

Being fully advised of the relevant facts, the Court finds that $118,500.00 in proceeds was obtained by the defendant from the conspiracy to commit health care fraud offense to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 306) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(7), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $118,500.00.

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 29th day of June, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record